**DISMISS; and Opinion Filed December 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00992-CV

### JAMES PITTS, Appellant
### V.
### WELLS FARGO BANK, NA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01680-C**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Brown

Before the Court is appellee's November 18, 2013 motion to dismiss the appeal for failure to prosecute. Appellant did not file a response to appellee's motion.

In a postcard notice dated July 19, 2013, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned him that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(c). As of today's date, appellant has not paid the filing fee. Accordingly, we grant appellant's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b) & (c).

/Ada Brown/
ADA BROWN
JUSTICE

130992F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES PITTS, Appellant

No. 05-13-00992-CV      V.

WELLS FARGO BANK, NA, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas.
Trial Court Cause No. CC-13-01680-C.
Opinion delivered by Justice Brown.
Justices O'Neill and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, WELLS FARGO BANK, NA, recover its costs of this appeal from appellant, JAMES PITTS.

Judgment entered this 16th day of December, 2013.


/Ada Brown/
ADA BROWN
JUSTICE